IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED
JUN 01 2021
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) No. CR 21-139 SLP |
| BRANDON ONEAL GWYNN, a/k/a Derrick Lamont Bullitt, and VALENA ALICIA ACOSTA-GWYNN, a/k/a Valena Alicia Acosta, | ) Violations: 21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1) |
| Defendants. | ) |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
(Drug Conspiracy)

On or about August 9, 2020, in the Western District of Oklahoma,

---------------------------------- **BRANDON ONEAL GWYNN,**
a/k/a Derrick Lamont Bullitt, and
**VALENA ALICIA ACOSTA-GWYNN,**
a/k/a Valena Alicia Acosta, ----------------------------------

knowingly and intentionally conspired, combined, confederated, and agreed with each other and others, both known and unknown to the Grand Jury, to interdependently possess with intent to distribute and to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846, the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A).

## COUNT 2
(Possession of Methamphetamine with Intent to Distribute)

On or about August 9, 2020, in the Western District of Oklahoma,

--------------------------------- **BRANDON ONEAL GWYNN,**
a/k/a Derrick Lamont Bullitt, and
**VALENA ALICIA ACOSTA-GWYNN,**
a/k/a Valena Alicia Acosta, ---------------------------------

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A).

A TRUE BILL:

*/s/*
FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
Acting United States Attorney

*/s/ Danielle M. Connolly*
DANIELLE M. CONNOLLY
Assistant United States Attorney

2