# United States District Court
for the

_____WESTERN_____ DISTRICT OF _____OKLAHOMA_____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. CR-21-139-SLP |
| | ) | |
| **BRANDON ONEAL GWYNN,** | ) | |
|   a/k/a Derrick Lamont Bullitt, and | ) | |
| **VALENA ALICIA ACOSTA-GWYNN,** | ) | |
|   a/k/a Valena Alicia Acosta, | ) | |
| | ) | |
| Defendants. | ) | |

## APPEARANCE OF COUNSEL

To:    The Clerk of Court and all parties of record:

I am authorized to practice in this Court, and I appear in this case as counsel for:

the plaintiff, United States of America.

I am registered to file documents electronically with this Court.


Date: July 14, 2021

                                              s/ Danielle M. Connolly
                                              DANIELLE M. CONNOLLY, OBA #33148
                                              Assistant United States Attorney
                                              210 Park Avenue, Suite 400
                                              Oklahoma City, Oklahoma 73102
                                              Office: (405) 553-8700
                                              Fax: (405) 553-8888
                                              Danielle.Connolly@usdoj.gov

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s):

John Jensen, counsel for Valena Acosta-Gwynn.

                                              s/ Danielle M. Connolly
                                              DANIELLE M. CONNOLLY
                                              Assistant United States Attorney