## IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                              )<br>     Plaintiff,                      )<br>                                                              )<br>   -vs-                                       )<br>                                                              )<br>BRANDON ONEAL GWYNN,            )<br> a/k/a Derrick Lamont Bullitt,              )<br>                                                              )<br>     Defendant.                   ) | No. CR-21-139-SLP |

### ORDER FOR WRIT
### OF HABEAS CORPUS AD PROSEQUENDUM

Upon consideration of the Motion for Order for Writ of Habeas Corpus Ad Prosequendum filed by the government,

IT IS ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue, directed to the United States Marshal for the Western District of Oklahoma, or to any other law enforcement officer, and to the Warden or Superintendent of the Quay County Jail, Tucumcari, New Mexico, to produce Brandon Oneal Gwynn, Inmate #26164, before the United States District Court for the Western District of Oklahoma, forthwith, in order that the defendant may be presented for arraignment, hearings, and subsequent disposition of charges in the above-entitled case, and following the conclusion of the proceedings and

final disposition of charges in the above-entitled case, to be returned to the custody of the Quay County Jail, Tucumcari, New Mexico.

DATED this 22nd day of July, 2021.

*Amanda Maxfield Green*
AMANDA MAXFIELD GREEN
United States Magistrate Judge