## IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | No. CR-21-139-SLP |
| BRANDON ONEAL GWYNN, a/k/a Derrick Lamont Bullitt, | ) ) ) ) | |
| Defendant. | ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The President of the United States to the United States Marshal for the Western District of Oklahoma or any other United States Marshal, or any other law enforcement officer, and the Warden or Superintendent of the Quay County Jail, Tucumcari, New Mexico:

GREETINGS: You are hereby commanded to proceed to the Quay County Jail, Tucumcari, New Mexico, and there take and receive Brandon Oneal Gwynn, Inmate #26164, and keep the defendant in your custody and bring the defendant before the United States District Court for the Western District of Oklahoma, forthwith, for arraignment, hearings, and subsequent disposition of charges necessary in the above-entitled case, and following the conclusion of the proceedings and final disposition of charges in the above-entitled case, then return the defendant to the custody of the Quay County Jail, Tucumcari, New Mexico.

DATED this 22nd day of July, 2021.

CARMELITA REEDER SHINN
Clerk of the United States District Court for the Western District of Oklahoma

By __s/ Ryan Beam__
Deputy