UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

Valena Acosta Coopa et al

Defendant.

NO: 21-CR-139-TOUR

DEFENDANT'S SPEEDY TRIAL WAIVER
AND STATEMENT OF REASONS IN
SUPPORT OF THE MOTION TO
CONTINUE TRIAL DATE

My attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. § 3161, to

go to trial within seventy (70) days after the Indictment was filed or my arrest, whichever was

later. My attorney has also advised me that a continuance of the trial is needed and we have

discussed the reasons for the continuance.  A motion to continue the trial date has been or will be

filed. I ask this Court to grant the motion and reset the trial from its current date of

9/14/21 _____ to a date no later than ___ Nov 30, 2031 ___ for the

following reasons pursuant to 18 U.S.C. § 3161:

To allow for further negotiations, to enter a plea,

to prevent the waste of a trial, and the

ends of justice make the continuance appropriate.

The continuance requested is short in length.

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN
SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE ~ 1

1    I understand that if the Court grants the motion to continue, all time between the date the

2    motion was filed and the new trial date will be excluded from the speedy trial calculations

3    pursuant to the Speedy Trial Act.

4    I declare under penalty of perjury that the foregoing is true and correct.

5    _____
     Defendant

6    Date: _____

7    I have read this form and discussed its contents with my client.

8    _____
     Counsel for Defendant

9    Date: 9/5/21

10   I have translated this form into a language in which the Defendant is conversant.  If

11   questions have arisen, I have notified the Defendant's counsel of the questions and have not

12   offered any advice nor personal opinions.

13   N/A
     _____
     Interpreter

14   Date: _____

15

16

17

18

19

20

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN
SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE ~ 2