# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. CR-21-139-SLP |
| | ) | |
| **BRANDON ONEAL GWYNN,** | ) | |
| a/k/a Derrick Lamont Bullitt, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ORDER FOR
## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney for the Western District of Oklahoma seeks to bring Brandon Oneal Gwynn, Inmate #173473 at Roederer Assessment Center, La Grange, Kentucky, before the Court for arraignment, hearings, and subsequent disposition of charges in the above-entitled case.

Therefore, the United States moves for a Writ of Habeas Corpus Ad Prosequendum, directed to the United States Marshal for the Western District of Oklahoma, or any other law enforcement officer, and to the Warden or Superintendent of the Roederer Assessment Center, La Grange, Kentucky, to produce Brandon Oneal Gwynn, Inmate #173473 before

this Court, forthwith, for arraignment, hearings, and final disposition of charges as necessary in the above-entitled case.

Respectfully submitted,

ROBERT J. TROESTER
Acting United States Attorney

s/ Danielle M. Connolly
DANIELLE M. CONNOLLY, OBA #33148
Assistant United States Attorney
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
Office: (405) 553-8700
Fax: (405) 553-8888
Danielle.Connolly@usdoj.gov