AO 458 (Rev. 01/09)  Appearance

# United States District Court
## for the
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     ) | |
| )  | |
| **Plaintiff,**     ) | |
| ) | |
| -vs-     ) | No. **CR-21-139-SLP** |
| ) | |
| **BRANDON ONEAL GWYNN, et al.,**     ) | |
| ) | |
| **Defendants.**     ) | |

## APPEARANCE OF COUNSEL

To:    The Clerk of Court and all parties of record:

I am authorized to practice in this Court, and I appear in this case as counsel for:

the plaintiff, United States of America.

I am registered to file documents electronically with this Court.

Date:  November 9, 2021

s/TRAVIS LEVERETT
Assistant United States Attorney
Bar Number: TX 24106200
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma  73102
(405) 553-8855 (Office)
(405) 553-8888 (Fax)
Travis.Leverett@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 9, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:  All attorneys on record.

                                            s/ TRAVIS LEVERETT
                                            Assistant United States Attorney