# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

          Plaintiff,

v.

BRANDON ONEAL GWYNN,

          Defendant.

APPEARANCE

CASE NUMBER:  CR-21-139-SLP

To the Clerk of this court and all parties of record:

    Please enter my appearance as counsel in this case for BRANDON ONEAL GWYNN.

    I certify that I am admitted to practice in this court.  I also certify that I am registered in this Court's Electronic Case Filing System.

| | |
|---|---|
| January 10, 2022 | s/  Julia C. Summers |
| *Date* | JULIA C. SUMMERS |
| | OBA #15851 |
| | ASSISTANT FEDERAL PUBLIC DEFENDER |
| | 215 DEAN A. MCGEE, SUITE 109 |
| | OKLAHOMA CITY, OKLAHOMA 73102 |
| | MAIN: (405) 609-5930 |
| | FAX: (405) 609-5932 |
| | DIRECT: (405) 609-5963 |
| | EMAIL: julia_summers@fd.org |

## CERTIFICATE OF SERVICE

    I hereby certify that on January 10, 2022, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant(s): Danielle Connolly and Travis Leverett, Assistant United States Attorney.

                                                  s/  Julia C. Summers
                                                  JULIA C. SUMMERS