OKWD Revised AO 442 (1/16/15)

**RECEIVED**
JUN 0 2 2021
U.S. MARSHALS W/OK

11286817
2164-0603-1082-5

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| v. | ) | Case Number: CR-21-139-SLP |
| BRANDON ONEAL GWYNN | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* BRANDON ONEAL GWYNN,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
21:846 DRUG CONSPIRACY
21:841(a)(1) POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE



WARRANT ISSUED:
10:07 am, Jun 02, 2021
CARMELITA REEDER SHINN, Clerk

By: *Kathleen Thompson*
Deputy Clerk

Kathleen Thompson, Deputy Clerk
Oklahoma City, Oklahoma

### Return

This warrant was received on *(date)* 6/2/21, and the person was arrested on *(date)* 1/10/22
at *(city and state)* OKC OK.

Date: 1/19/22

*Arresting officer's signature*

Jacob Hilton DUSM
*Printed name and title*