**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

WILLIAM J. HOLLOWAY, JR. UNITED STATES COURTHOUSE
N. W. 4TH & HARVEY, OKLAHOMA CITY, OKLAHOMA
COURTROOM NO. 304

CRIMINAL JURY DOCKET BEFORE JUDGE SCOTT L. PALK
**BEGINS TUESDAY, MARCH 8, 2022, AT 9:30 A.M.**

**PRETRIAL CONFERENCES WILL BE HELD:  DATE TO BE DETERMINED**

**PHOTO ID IS REQUIRED FOR ANYONE ENTERING THE FEDERAL COURTHOUSE.**

**NOTICE TO ALL COUNSEL:** ANY MOTIONS TO CONTINUE AND/OR PLEA CHANGES **MUST** BE FILED AND/OR PRESENTED TO THE COURT **NO LATER THAN TUESDAY, FEBRUARY 22, 2022.**  By separate order, the parties will be notified of the designated date and time for their respective Pretrial Conference.

| | | |
|---|---|---|
| **CR-21-139-SLP** | United States of America | Danielle M. Connolly<br>Travis Leverett |
| | v. | |
| | Brandon Oneal Gwynn (Custody) | Julia C. Summers |
| **CR-21-243-SLP** | United States of America | Ashley L. Altshuler |
| | v. | |
| | Treyson Daron Reed (Custody) | W. Brett Behenna |