# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

**WILLIAM J. HOLLOWAY, JR. UNITED STATES COURTHOUSE**
**N. W. 4TH & HARVEY, OKLAHOMA CITY, OKLAHOMA**
**COURTROOM NO. 304**

**CRIMINAL JURY DOCKET BEFORE JUDGE SCOTT L. PALK**
**BEGINS TUESDAY, APRIL 12, 2022, AT 9:30 A.M.**

**PRETRIAL CONFERENCES WILL BE HELD: DATE TO BE DETERMINED**

**PHOTO ID IS REQUIRED FOR ANYONE ENTERING THE FEDERAL COURTHOUSE.**

**NOTICE TO ALL COUNSEL:** ANY MOTIONS TO CONTINUE AND/OR PLEA CHANGES **MUST** BE FILED AND/OR PRESENTED TO THE COURT **NO LATER THAN TUESDAY, MARCH 29, 2022.** By separate order, the parties will be notified of the designated date and time for their respective Pretrial Conference.

| | | |
|---|---|---|
| **CR-21-139-SLP** | United States of America<br><br>v.<br><br>Brandon Oneal Gwynn (Custody) | Danielle M. Connolly<br>Travis Leverett<br><br><br>Julia C. Summers |
| **CR-21-288-SLP** | United States of America<br><br>v.<br><br>Jorge Cedillo (on Bond) | David M. McCrary<br>Nicholas M. Coffey<br><br>Todd S. Pugh |
| **CR-21-289-SLP** | United States of America<br><br>v.<br><br>Gabino Lucio (on Bond) | David M. McCrary<br>Nicholas M. Coffey<br><br>Alexandria M. Miceli<br>Steven J. Weinberg |

| | | |
|---|---|---|
| **CR-22-30-SLP** | United States of America | Wilson D. McGarry |
| | v. | |
| | Lucas McQuade Biggs (Custody) | Kyle E. Wackenheim |
| **CR-22-34-SLP** | United States of America | Elizabeth Joynes |
| | v. | |
| | Jose Pablo Alvarado-Martinez (Custody) | Julia C. Summers |
| **CR-22-38-SLP** | United States of America | Wilson D. McGarry |
| | v. | |
| | Brian Kendall Smith, III (Custody) | Andrew M. Casey |