# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. CR-21-139-SLP |
| | ) |
| BRANDON ONEAL GWYNN, | ) |
| | ) |
| Defendant. | ) |

## WAIVER OF RIGHT TO SPEEDY TRIAL (Second)

I, Brandon Oneal Gwynn, the defendant in the captioned cause state as follows:

1) My attorney has explained to me that under the Sixth Amendment of the United States Constitution and under the Speedy Trial Act, I have an absolute right to a speedy trial. The Speedy Trial Act provides I must be brought to trial within 70 days from the date I appeared in the Western District of Oklahoma to answer these charges.

2) On my behalf and at my request, my counsel is requesting a continuance from the April 2022 jury trial docket to May 2022 jury trial docket so that she can evaluate discovery materials, conduct investigations, assess my options, and counsel me regarding the disposition of this case.

3) I have read this waiver and I understand my right to a speedy trial and I am giving up that right by signing this paper.

4) I understand the period of delay caused by the granting of the continuance will not be used in computing the 70-day time limit for trial prescribed in the Speedy Trial Act. My counsel has informed me the Speedy Trial Act excludes from the 70-day time limit any

period of delay requested by the defendant if the judge finds "that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial," 18 U.S.C. §3161(h)(7)(A).

5) I have read this Waiver of Speedy Trial, have had adequate opportunity to discuss this important constitutional right with my counsel, and understand that this delay cannot be used as a ground for appeal if convicted. I am signing this Waiver voluntarily and of my own choice, free of threats or pressures from anyone.

Respectfully submitted,

_/s/ Brandon O'Neal Gwynn_   3/29/22
BRANDON ONEAL GWYNN   (date)

_/s/ Julia Summers_   3/29/22
JULIA C. SUMMERS   (date)
OBA #15851
ASSISTANT FEDERAL PUBLIC DEFENDER
215 DEAN A. McGEE AVENUE, SUITE 109
OKLAHOMA CITY, OKLAHOMA 73102
Telephone:  (405) 609-5930
Facsimile:  (405) 609-5932
Email:  julia_summers@fd.org
*COUNSEL FOR BRANDON ONEAL GWYNN*

**CERTIFICATE OF SERVICE**

I hereby certify that on _March 30_, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to Assistant U.S. Attorney Danielle Connolly.

_/s/ Julia Summers_
JULIA C. SUMMERS

2