# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. CR-21-139-SLP |
| | ) |
| BRANDON ONEAL GWYNN, | ) |
| a/k/a Derrick Lamont Bullitt, | ) |
| | ) |
| Defendant. | ) |

## SEALING ORDER

Before the Court is the Application to seal United States' Response in Opposition to Defendant's Motion to Retain Discovery [Doc. No. 64]. The Application is GRANTED.

IT IS SO ORDERED this 4th day of April, 2022.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE