| | |
|---|---|
| **Miscellaneous Report Ref:** | Aggravated Trafficking in Illegal Drugs / Transport/Possess Illegal Drugs / Trafficking in Illegal Drugs |
| | I#2020-0060819 / SP20-101 |
| **LOCATION:** | I-35 and Turnpike |
| **DATE AND TIME:** | 08/09/2020 @ 1045 hours |
| **OFFICER:** | Deputy Z. Zamudio #0253, R29 |
| **REPORT TYPED:** | ZZ |
| **ARRESTED:** 1. | Acosta-Gwynn, Valena Alicia, B/F, DOB ▓/1978, 506/210, brown eyes, black hair, SSN ▓ 7796, Kentucky DL ▓, address ▓, Louisville, KY 40223, alternate address ▓, Tempe AZ 85283, cell phone ▓. US Citizen. |
| **CHARGES:** | Aggravated Trafficking in Illegal Drugs, 63-2.415.C<br>Transport/Possess with Intent, 63-2.401.A<br>Trafficking in Illegal Drugs, 63-2.415 |
| **ARRESTED:** 2. | Gwynn, Brandon Oneal, B/M, DOB ▓/1984, 508/150, brown eyes, bald, SSN ▓, Kentucky DL ▓, address ▓, Louisville, KY 40222, cell phone ▓ |
| **CHARGES:** | Aggravated Trafficking in Illegal Drugs, 63-2.415.C<br>Transport/Possess with Intent, 63-2.401.A<br>Trafficking in Illegal Drugs, 63-2.415 |
| **SUSPECT VEHICLES:** | Kentucky tag Temporary tag A510517, 2020 Dodge Durango SRT SUV, blue in color, VIN 1C4SDJGJ9LC171043. |
| **PHYSICAL EVIDENCE:** | 33 heat sealed bags of meth #67.5<br>16 heat sealed bags marijuana # 15.5<br>5 bags of loose Oxycodone<br>45 jars of marijuana 189 grams<br>3 bags of gummies |

EXHIBIT 1

**BODY OF REPORT:**

On 8/9/2020 at approximately 1034 hours, I observed a Blue temporary plated Dodge Durango traveling north on I-35 within the city of Oklahoma City, County of Oklahoma County. The vehicle was displaying a temporary tag that was obstructed by a tinted plastic cover. After getting close enough to the vehicle I was able to see the tag was a Kentucky temporary tag A510517. I ran the tag through OLETS and received a return to an International Truck out of Kentucky. Before I could initiate a traffic stop on the vehicle the driver completed an unsafe lane change by not signaling 100ft before changing lanes. I initiated a traffic stop northbound on I-35 between the Turnpike and 122nd St.

Upon contacting the occupants of the vehicle, I advised them of the tag violation before the driver, Valena Acosta- Gwynn, became hostile and aggressive. The passenger, Brandon Acosta, had been pretending to be asleep and started to "wake up". This behavior is typically a distraction technique to ensure officers are not paying attention to the criminal activity possibly being concealed. I informed them that I see and smell marijuana in the vehicle. Valena rolled her eyes, placed her earbud back in her ear, and made a motion with her head and eyes towards Brandon indicating the marijuana was his. Brandon attempted to throw the marijuana joint out of the vehicle. I explained to him that it is still an arrest able offence in the State of Oklahoma and that he did not need to throw it out. I then had Brandon retrieve his ID and exit the vehicle. Brandon's waistline was patted for weapons before being placed in the back of my patrol car. Once at the patrol car Brandon stated the marijuana was not his and that it belonged to Valena.

Based on the behavior of both occupants, the travel plans, the vehicle not belonging to either occupant, the visible marijuana, on the strong odor of marijuana I determined a search of the vehicle for any other narcotics was needed. I requested another officer to assist me with a probable cause search of the vehicle and I informed Valena of the criminal violation and had her exit the vehicle. Before exiting the vehicle Valena rolled up all the windows and secured the doors of the car. At the rear of her vehicle I asked her if there was anything else illegal in the vehicle, she stated there was not. I asked her for consent to search the vehicle and was denied. I informed Valena that I would have a K9 come to the scene to conduct an open air sniff around the vehicle to confirm my suspicions. Valena had been aggressive during the entire enforcement contact and I explained to her a second time that the small amount of marijuana was still an arrest able offense because she believed and expressed to me in the car that I could not continue my stop based on the small amount of marijuana and had her sit in the backseat of Deputy Lira's patrol car.

Once secured, Deputy Williams and his state certified narcotics K9 "Cairo" arrived on scene. Deputy Williams conducted an open air sniff around the vehicle and received and alert from Cairo to the odor of narcotics in the vehicle. A probable cause search of the vehicle was conducted roadside. In the rear cargo compartment multiple bags were located, Deputy Barton observed a large amount of crystal methamphetamine and advised assisting deputies. The decision was made at that point to conduct a secondary search of the vehicle at the CITCO office. Brandon and Valena were handcuffed and

SP20-101
Page 3 of 3

transported back to the office, Deputy Gradick secured his patrol car and drove the suspect vehicle back to the office with me following to ensure the evidence remained secure.

Upon arrival at the office both Brandon and Valena were processed and secured while Deputy Gradick completed interviews. A secondary search of the vehicle was conducted by Deputy Barton and Deputy Williams, I initialed each package of narcotics as it was removed from the vehicle. I then assisted in weighing the narcotics and fingerprinting the packaging. No collectible fingerprints were located on the packaging. Once the evidence was removed, weighed, and photographed I secured it in boxes for evidence. The above named items were located in the vehicle. The evidence collected was secured, logged, and transported to the OCPD property room for safe keeping. Both occupants were arrested and transported to the Oklahoma County Adult Detention Center for booking.

See other COMIT member reports for further.

End of Report