Exhibit 2 – Deputy Zamudio Dashcam[1]

---

[1] Filed conventionally with Court Clerk's Office.