

**U.S. Department of Justice**
**Drug Enforcement Administration**

South Central Laboratory
Dallas, TX

## Chemical Analysis Report

ICE - Oklahoma City Office
3625 NW 56TH STREET, 3RD FLOOR
OKLAHOMA CITY, OK 73112

Case Number: 2020550400023901
LIMS Number: 2020-SFL6-08953

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 1 | Methamphetamine Hydrochloride | 27047 g ± 1 g | 100% ± 6% | 27047 g ± 1636 g |

**Remarks:**
The net weight was determined by direct weighing of all unit(s); the net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit. All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

### Exhibit Details:

**Date Accepted by Laboratory:** 12/04/2020   **Gross Weight:** 30.72 kg   **Date Received by Examiner:** 02/02/2021

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 1 | 55 | Plastic Bag | Crystalline | 27046 g |

**Remarks:**

### Exhibit Analysis:

**Sampling:**
Methamphetamine confirmed in 22 units tested of 55 units received indicating, to at least a 95% level of confidence, that at least 90% of the units in the population contain the substance(s). A composite was formed from 15 units for further testing. Salt form determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 1 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy, Marquis Color Test |

| Exhibit | Purity Test(s) |
|---|---|
| 1 | DEA 503/UV-Vis Spectroscopy |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Xiu Liu, Senior Forensic Chemist             **Date:** 02/26/2021             EXHIBIT 4
**Approved By:** /S/ Rashad A. Sims, Supervisory Chemist      **Date:** 02/26/2021