

**U.S. Department of Justice**
**Drug Enforcement Administration**

South Central Laboratory
Dallas, TX

## Chemical Analysis Report

ICE - Oklahoma City Office
3625 NW 56TH STREET, 3RD FLOOR
OKLAHOMA CITY, OK 73112

**Case Number:** 2020550400024401
**LIMS Number:** 2021-SFL6-00103

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 1 | N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl) | 519.7 g ± 0.2 g | ---- | ---- |
| 1 | Tramadol | | ---- | ---- |
| 1 | Acetaminophen | | ---- | ---- |

**Remarks:**

The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Total dosage unit count = 4593 Tablets (net); 4524 Tablets (reserve).

### Exhibit Details:

**Date Accepted by Laboratory:** 01/07/2021          **Gross Weight:** 544.4 g          **Date Received by Examiner:** 10/25/2021

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 1 | 4593 | Ziplock Plastic Bag | Tablet | 511.9 g |

**Remarks:**
5.7 gram(s) removed for special program.

### Exhibit Analysis:

**Sampling:**

Fentanyl and Acetaminophen confirmed in 29 units tested of 4593 units received indicating, to at least a 95% level of confidence, that at least 90% of the units in the population contain the substance(s). A composite was formed from 29 units for further testing. Tramadol also confirmed in the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 1 | Gas Chromatography, Gas Chromatography/Mass Spectrometry, Marquis Color Test |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Kevin J. Roberson, Forensic Chemist          **Date:** 10/28/2021          EXHIBIT 5
**Approved By:** /S/ Darrell W. Eubank, Senior Forensic Chemist          **Date:** 11/02/2021