# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | No. CR-21-139-SLP |
| | ) | |
| **BRANDON ONEAL GWYNN,** | ) | |
| a/k/a Derrick Lamont Bullitt, | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF CONVENTIONAL FILING

Please take notice that the United States of America has conventionally filed the original and one copy of the following audio/video file with the United States' Response in Opposition to Defendant's Motion to Suppress: Exhibit 2 – Deputy Zamudio Dashcam.

This material has not been filed electronically because:

- ☒ it cannot be converted to electronic format;

- ☒ the electronic file size of this material exceeds 20 megabytes in pdf format and cannot be separated into segments of less than 20 megabytes;

- ☐ the Court by Order has excused electronic filing.

The above-listed material has been conventionally served on all parties.

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney

s/ Danielle M. Connolly
DANIELLE M. CONNOLLY, OBA #33148
Assistant United States Attorney
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
Office: (405) 553-8700
Fax: (405) 553-8888
Danielle.Connolly@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Julia C. Summers, Counsel for Brandon Oneal Gwynn.

s/ Danielle M. Connolly
Assistant United States Attorney
