**Miscellaneous Report Ref:** Aggravated Trafficking in Illegal Drugs / Transport/Possess Illegal Drugs / Trafficking in Illegal Drugs

**I#2020-0060819 / SP20-101/1**

**LOCATION:** I-35 and Turnpike

**DATE AND TIME:** 08/09/2020 @ 1045 hours

**OFFICER:** Deputy J. Williams #K254, R28

**REPORT TYPED:** JW

**ARRESTED:** 1. Acosta-Gwynn, Valena Alicia, B/F, DOB ▮/1978, 506/210, brown eyes, black hair, SSN ▮, Kentucky DL ▮, address ▮, Louisville, KY 40223, alternate address ▮, Tempe AZ 85283, cell phone ▮. US Citizen.

**CHARGES:** Aggravated Trafficking in Illegal Drugs, 63-2.415.C
Transport/Possess with Intent, 63-2.401.A
Trafficking in Illegal Drugs, 63-2.415

**ARRESTED:** 2. Gwynn, Brandon Oneal, B/M, DOB ▮/1984, 508/150, brown eyes, bald, SSN ▮2130, Kentucky DL ▮, address ▮, Louisville, KY 40222, cell phone ▮.

**CHARGES:** Aggravated Trafficking in Illegal Drugs, 63-2.415.C
Transport/Possess with Intent, 63-2.401.A
Trafficking in Illegal Drugs, 63-2.415

**SUSPECT VEHICLES:** Kentucky tag Temporary tag A510517, 2020 Dodge Durango SRT SUV, blue in color, VIN 1C4SDJGJ9LC171043.

**PHYSICAL EVIDENCE:**
33 heat sealed bags of meth #67.5
16 heat sealed bags marijuana # 15.5
5 bags of loose Oxycodone
45 jars of marijuana 189 grams
3 bags of gummies

EXHIBIT 3

SP20-101/1
Page 2 of 2

**BODY OF REPORT:**

On 08/09/2020 at approximately 10:35 hours, I, Deputy Williams was requested by COMIT Deputy Zamudio to assist him with his traffic stop at I-35 northbound between 122nd and the Turnpike.

Upon arrival, Zamudio stated he had stopped the above listed vehicle and believed there to be narcotics inside the vehicle and asked if I could run my dog on the vehicle. I went to my vehicle and retrieved my state certified narcotic detection canine (Cairo). I had Cairo perform a free air sniff of the vehicle. I began Cairo at the rear driver side tail-light of the vehicle. Cairo began to work in a counter clockwise motion. When Cairo got to the passenger rear tail-light of the vehicle he gave me distinct change of behavior by immediately beginning to bracket the rear hatch of the vehicle. Cairo placed his nose on the seal of the rear hatch and gave me trained final positive alert to the presence of the odor of narcotics inside the vehicle.

I advised Zamudio of the alert as I was placing Cairo back in my vehicle. A roadside probable cause search of the vehicle was conducted. COMIT deputy Gradick and Barton opened the rear hatch of the vehicle and located a large quantity of what appeared to be meth. The roadside search was halted at this time and the vehicle was taken back to the COMIT office for processing.

Once at the COMIT office, I assisted in the secondary search of the vehicle. While searching the vehicle numerous bags where located in the rear hatch of the vehicle containing the above listed narcotics.

After the narcotics where removed from the vehicle, I conducted two field test of the crystal like substance with NIK style test kits. Both presumptive tests showed positive for methamphetamine. (photos)

See other COMIT member reports for further.

End of Report