# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

WILLIAM J. HOLLOWAY, JR. UNITED STATES COURTHOUSE
N. W. 4TH & HARVEY, OKLAHOMA CITY, OKLAHOMA
COURTROOM NO. 304

CRIMINAL JURY DOCKET BEFORE JUDGE SCOTT L. PALK
**BEGINS TUESDAY, MAY 10, 2022, AT 9:30 A.M.**

**PRETRIAL CONFERENCES WILL BE HELD:  DATE TO BE DETERMINED**

**PHOTO ID IS REQUIRED FOR <u>ANYONE</u> ENTERING THE FEDERAL COURTHOUSE.**

**NOTICE TO ALL COUNSEL:** ANY MOTIONS TO CONTINUE AND/OR PLEA CHANGES **MUST** BE FILED AND/OR PRESENTED TO THE COURT **NO LATER THAN TUESDAY, APRIL 26, 2022.**  By separate order, the parties will be notified of the designated date and time for their respective Pretrial Conference.

| | | |
|---|---|---|
| **CR-21-139-SLP** | United States of America<br><br>v.<br><br>Brandon Oneal Gwynn (Custody) | Danielle M. Connolly<br>Travis Leverett<br><br><br>Julia C. Summers |
| **CR-21-288-SLP** | United States of America<br><br>v.<br><br>Jorge Cedillo (on Bond) | David M. McCrary<br>Nicholas M. Coffey<br><br><br>Todd S. Pugh |
| **CR-21-289-SLP** | United States of America<br><br>v.<br><br>Gabino Lucio (on Bond) | David M. McCrary<br>Nicholas M. Coffey<br><br><br>Alexandria M. Miceli<br>Steven J. Weinberg |

| | | |
|---|---|---|
| **CR-22-53-SLP** | United States of America | Tiffany S. Noble |
| | v. | |
| | Edgar Macias-Ramirez (Custody) | Kyle E. Wackenheim |
| **CR-22-76-SLP** | United States of America | Jacquelyn M. Hutzell |
| | v. | |
| | Jordan Eugene Webb (on Bond) | Julia C. Summers |
| **CR-22-86-SLP** | United States of America | Travis Wilson D. McGarry |
| | v. | |
| | Rodolfo Santiago De La Cruz Florentino (Custody) | Cesar A. Armenta |
| | Julia Elizabeth Rodriguez Ortega (Custody) | Sammy L. Duncan |
| **CR-22-88-SLP** | United States of America | Virginia L. Hines |
| | v. | |
| | Cody Wade Kennedy (Custody) | Jeffrey M. Byers |