## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

vs.

BRANDON ONEAL GWYNN

**NOTICE OF HEARING**

Case Number CR-21-139-SLP

**Defendant Detained**

---

| Type of Case | _____ CIVIL | ____X____ CRIMINAL |

---

*TAKE NOTICE*

That a proceeding in this case has been scheduled for the place, date and time set forth below:

Place:  U.S. Courthouse
        Courtroom 304
        200 N.W. 4th Street
        Oklahoma City, Oklahoma 73102

**DATE AND TIME**

**APRIL 19, 2022 @ 1:30 P.m.**

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification.

---

TYPE OF PROCEEDING

**HEARING ON MOTION FOR DEFENDANT TO RETAIN DISCOVERY [DOC. NO. 61]**

---

TAKE NOTICE: that the proceeding has been rescheduled as indicated below:

Place:  U.S. Courthouse
        200 N.W. 4th Street
        Oklahoma City, Oklahoma 73102

**Date and Time Previously Scheduled**

---

JUDGE SCOTT L. PALK

by: */s/ Marcia J. Davis*
       Deputy Clerk

cc:   AUSA
      COUNSEL
      USMS
      USPO