## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

vs.

BRANDON ONEAL GWYNN

**AMENDED NOTICE OF HEARING**

Case Number CR-21-139-SLP

**Defendant Detained**

---

Type of Case _____CIVIL       \_\_\_\_\_X\_\_\_\_\_CRIMINAL

---

### *TAKE NOTICE*

That a proceeding in this case has been scheduled for the place, date and time set forth below:

---

Place:   U.S. Courthouse
         Courtroom 303
         200 N.W. 4th Street
         Oklahoma City, Oklahoma 73102

**DATE AND TIME**

**APRIL 21, 2022 @ 1:30 p.m.**

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification.

---

TYPE OF PROCEEDING

**HEARING ON MOTION TO SUPPRESS EVIDENCE [DOC. No. 59] and HEARING ON MOTION TO RETAIN DISCOVERY [DOC. NO. 61]**

---

TAKE NOTICE: that the proceeding has been rescheduled as indicated below:

---

Place:   U.S. Courthouse
         200 N.W. 4th Street
         Oklahoma City, Oklahoma 73102

**Date and Time Previously Scheduled**

**April 19, 2022 @ 1:30 p.m.**

---

JUDGE SCOTT L. PALK

by: */s/ Marcia J. Seale*
    Deputy Clerk

cc:   AUSA
      COUNSEL
      USMS
      USPO