# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

**SECOND AMENDED OTICE OF HEARING**

vs.

Case Number CR-21-139-SLP

BRANDON ONEAL GWYNN

**Defendant Detained**

---

Type of Case _____ CIVIL     __X__ CRIMINAL

---

*TAKE NOTICE*

That a proceeding in this case has been scheduled for the place, date and time set forth below:

Place: U.S. Courthouse
Courtroom 304
200 N.W. 4th Street
Oklahoma City, Oklahoma 73102

**DATE AND TIME**

**APRIL 26, 2022 @ 1:30 p.m.**

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification.

---

TYPE OF PROCEEDING

**HEARING ON MOTION TO SUPPRESS EVIDENCE [DOC. NO. 59] and HEARING ON MOTION TO RETAIN DISCOVERY [DOC. No. 61]**

---

TAKE NOTICE: that the proceeding has been rescheduled as indicated below:

Place: U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, Oklahoma 73102

**Date and Time Previously Scheduled**

**April 21, 2022 @ 1:30 p.m.**

JUDGE SCOTT L. PALK

by: */s/ Marcia J. Seale*
Deputy Clerk

cc: AUSA
COUNSEL
USMS
USPO