## IN THE UNITED STATES DISTRICT COURT FOR THE

**FILED**

## WESTERN DISTRICT OF OKLAHOMA

APR 2 0 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | **No. CR-21-139-SLP** |
| | ) | |
| **BRANDON ONEAL GWYNN,** | ) | **Violations:**  21 U.S.C. § 846 |
| **a/k/a Derrick Lamont Bullitt,** | ) | 21 U.S.C. § 841(a)(1) |
| | ) | |
| **Defendant.** | ) | |

## S U P E R S E D I N G   I N D I C T M E N T

The Federal Grand Jury charges:

### COUNT 1
### (Drug Conspiracy)

On or about August 9, 2020, in the Western District of Oklahoma,

--------------------------------- **BRANDON ONEAL GWYNN,**
**a/k/a Derrick Lamont Bullitt,** --------------------------------

knowingly and intentionally conspired, combined, confederated, and agreed with others, both known and unknown to the Grand Jury, to interdependently possess with intent to distribute and to distribute controlled substances, including 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846, the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A).

## COUNT 2
### (Possession of Methamphetamine with Intent to Distribute)

On or about August 9, 2020, in the Western District of Oklahoma,

-------------------------------- **BRANDON ONEAL GWYNN,**
**a/k/a Derrick Lamont Bullitt,** --------------------------------

knowingly and intentionally possessed with intent to distribute 50 grams or more of actual

methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for

which is found at Title 21, United States Code, Section 841(b)(1)(A).

## COUNT 3
### (Possession of Fentanyl with Intent to Distribute)

On or about August 9, 2020, in the Western District of Oklahoma,

-------------------------------- **BRANDON ONEAL GWYNN,**
**a/k/a Derrick Lamont Bullitt,** --------------------------------

knowingly and intentionally possessed with intent to distribute 400 grams or more of a

mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-

piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

2

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

DANIELLE M. CONNOLLY
Assistant United States Attorney

3