# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☐   Felony ☑   USAO No.: _____   Case No.: CR-21-139-SLP

Charging Document: **SS Indictment**   No. of Defendants: 1   Total No. of Counts: 3   Sealed: Y ☐

Forfeiture: Y ☐  N ☑    OCDETF: Y ☐  N ☑    McGirt: Y ☐  N ☑    Warrant ☐   Summons ☐   Notice ☑   N ☑

Companion Case No. (if any): _____

By: jlr

## DEFENDANT INFORMATION:

Name: **BRANDON ONEAL GWYNN**

Alias(es): Derrick Lamont Bullitt

Address:

FBI No.:

DOB: XX-XX-1984   SSN: XXX-XX-2130   Race: Black   Interpreter: Y ☐  N ☑

Sex: M ☑  F ☐    Juvenile: Y ☐  N ☑    Language/Dialect: English

Filed: APR 19 2022

## DEFENDANT STATUS/RECOMMENDATION:

☐ Not in Custody    ☑ Detention Requested

☐ Type of Bond: _____

☑ In Custody at: Grady County Jail

Inmate/Prisoner/Register No.: 77511-509

### PRIOR MAGISTRATE JUDGE PROCEEDINGS:

Complaint: Y ☐  N ☑

Magistrate Judge Case No.: MJ-

Previously Detained: Y ☐  N ☑

## ATTORNEY/AGENCY INFORMATION:

☑ Public Defender   ☐ CJA Panel   ☐ Retained

Name: Julia Summers
Address: 215 Dean A. McGee, Suite 109, Oklahoma City, OK 73102
Phone: (405) 609-5930

AUSA: Danielle M. Connolly
Agent/Agency: HSI
Local Officer/Agency:

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Drug Conspiracy | 21 U.S.C. § 841(b)(1)(A) – NLT 10 years and NMT Life imprisonment; $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |
| 2 | 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with Intent to Distribute | 21 U.S.C. § 841(b)(1)(A) – NLT 10 years and NMT Life imprisonment; $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |
| 3 | 21 U.S.C. § 841(a)(1) | Possession of Fentanyl with Intent to Distribute | 21 U.S.C. § 841(b)(1)(A) – NLT 10 years and NMT Life imprisonment; $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |

Signature of AUSA: /s/ Danielle M. Connolly   Date: 04/18/2022

RECEIVED APR 20 2022
Clerk, U.S. District Court
WEST. DIST. OF OKLA.

3/21