# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA<br><br>vs.<br><br>BRANDON ONEAL GWYNN<br><br>*IN CUSTODY* | NOTICE<br><br><br><br>CASE NO. CR-21-139-SLP |
|---|---|

TYPE OF CASE:
☐  CIVIL     ☒  CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE:<br><br>William J. Holloway Jr. United States Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK  73102 | ROOM NO.:<br>**Courtroom No. 102**<br><br>DATE AND TIME:<br>**Tuesday, April 26, 2022, at 1:15 p.m.** |
|---|---|
| TYPE OF PROCEEDING:<br>**ARRAIGNMENT on Superseding Indictment** | |

**TAKE NOTICE** that a proceeding in this case has been *rescheduled* as set forth below:

| PLACE: | DATE AND TIME PREVIOUSLY SCHEDULED: | RESCHEDULED DATE AND TIME: |
|---|---|---|
| William J. Holloway Jr. United States Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK  73102 | | |

**SUZANNE MITCHELL**
U.S. MAGISTRATE JUDGE

**April 21, 2022**                                **s/Lesa Boles**
Date                                                          (By) Deputy Clerk